# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL HALL, #B-40832,      )
                                     )
                Plaintiff,      )
                                     )
vs.                               )      CIVIL NO. 10-cv-491-GPM
                                     )
C/O REYNOLDS, et al.,      )
                                   )
                Defendants.   )

## MEMORANDUM AND ORDER

**MURPHY, District Judge:**

On July 7, 2010, Plaintiff filed a complaint alleging Section 1983 violations against the defendants.

On December 17, 2010, this Court entered an order that Plaintiff must either pay the required filing fee of $350, or file a properly supported motion to proceed *in forma pauperis*, within thirty (30) days of this Court's order, and that failure to comply with the order would result in dismissal of this case. (Doc. 6) The order and a form motion to proceed *in forma pauperis* were mailed by the Clerk to the Plaintiff on December 21, 2010. More than thirty (30) days have since passed and the Plaintiff has not filed a motion to proceed *in forma pauperis*, nor has he paid the filing fee. As a result, this case is **DISMISSED** without prejudice for failure to comply with an order of this Court. FED. R. CIV. P. 41(b); *see generally, Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). The $350 filing fee remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

The Clerk's office is directed to close the file.

**IT IS SO ORDERED.**

**DATED:**  **3/15/2011**

/s/ G. Patrick Murphy

**DISTRICT JUDGE**